# UNITED STATES DISTRICT COURT
## District of Minnesota

Yeison Amilcar Lima Del Cid,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-147 (PJS/EMB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents are ORDERED to release petitioner from custody and return petitioner to Minnesota immediately.

Date: 1/16/2026

KATE M. FOGARTY, CLERK